CONNOR v. ANDERSON

No. 453P97

Case below: 127 N.C.App. 208

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

COOK v. WAKE COUNTY HOSPITAL SYSTEM

No. 202A97

Case below: 125 N.C.App. 618

Motion by defendants and plaintiffs to withdraw appeal allowed 3 November 1997.

ELLINGTON v. HESTER

No. 451P97

Case below: 127 N.C.App. 172

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

ESTATE OF DARBY v. MONROE OIL CO.

No. 470P97

Case below: 127 N.C.App. 301

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1997.

ESTATE OF MULLIS v. MONROE OIL CO.

No. 426PA97

Case below: 127 N.C.App. 277

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1997.